MICHAEL A. PAINTER, Bar #43600
painter@ikplaw.com
ISAACMAN, KAUFMAN & PAINTER
10250 Constellation Boulevard, Suite 2900
Los Angeles, California 90067
(310) 881-6800 - Telephone
(310) 881-6801 - Facsimile

Attorneys for Plaintiff,
EDITIONS LIMITED WEST, INC.

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| EDITIONS LIMITED WEST, INC., a California corporation,<br><br>Plaintiff,<br><br>v s.<br><br>MARLA BAGGETTA, an individual,<br><br>Defendant. | CASE NO. CV09-9277 RSWL (CTx)<br>CV09<br><br>COMPLAINT FOR DECLARATORY JUDGMENT<br><br>**JURY TRIAL DEMANDED** |

COMES NOW PLAINTIFF, EDITIONS LIMITED WEST, INC., and for a cause of action against the defendant, MARLA BAGGETTA, complains and alleges as follows:

### JURISDICTION

1.     Jurisdiction of this Court arises under the Federal Declaratory Judgments Act, Title 28, United States Code, Sections 2201 and 2202, and under the laws of the United States concerning actions relating to copyrights, 17 U.S.C.

MAP-ELW-2666

§101, et seq, the Court's jurisdiction being based upon 28 U.S.C. §1338(a) and 28 U.S.C. §1332(a), the parties being citizens of different states and the matter in controversy exceeding the sum or value of $75,000, exclusive of interest and costs.

## THE PARTIES

2.      Plaintiff, EDITIONS LIMITED WEST, INC., is a California corpora-tion having its principal place of business in Emeryville, California (hereinafter referred to as "Editions Limited").

3.      Plaintiff is informed and believes and, based on such information and belief, alleges that defendant, MARLA BAGGETTA, is an individual residing in West Linn, Oregon (hereinafter referred to as "Baggetta").

## COUNT FOR DECLARATORY JUDGMENT

4.      Plaintiff repeats and realleges the allegations contained in Paragraphs 1 - 3, inclusive, as though set forth in full herein again.

5.      Prior to June 26, 2006, Editions Limited and Baggetta entered into an agreement pursuant to which Editions Limited was granted the exclusive right to publish and distribute derivative works in the form of poster editions based on original works of art created by Baggetta, said agreement including the following terms:

(a)     Editions Limited had the right to promote the sale of and sell the poster editions throughout the world; and

(b)     Baggetta would receive a royalty fee equal to Ten Percent (10%) of Editions Limited net sales price for each copy of each poster edition sold by Editions Limited; and

(c)     During the duration of the agreement, Editions Limited was entitled to assert claims to copyright in the poster editions for the purpose of preventing the dissemination of unauthorized copies of the poster editions.

MAP-ELW-2666                    -2-

6.     In accordance with its right to promote the sale of poster editions based on the original artwork of Baggetta and its ownership of claims to copyright in the derivative works, on and after June 26, 2006 Editions Limited sold 16 poster editions based on the original artwork of Baggetta and granted the right to use the poster editions as set decorations on nationally broadcast television programs.

7.     That pursuant to correspondence dated November 6, 2009 and November 17, 2009, Baggetta has charged Editions Limited with acts of contributory copyright infringement by reason of Editions Limited's sale of posters that were authorized by Editions Limited to be used as set decorations on nationally broadcast television programs.

8.     There is a substantial and continuing justiciable controversy between Editions Limited and Baggetta as a result of Baggetta's right to threaten or maintain suit for infringement of claims to copyright against Editions Limited and as to whether any actions of Editions Limited infringe any rights of Baggetta under the Copyright Act, Title 17, United States Code.  The adjudication of the respective rights and liabilities of the parties will prevent irreparable injury to Editions Limited and may prevent a  multiplicity of litigation and will produce a just and expeditious determination of the controversy.

9.     For the foregoing reasons, Editions Limited is entitled to a declaratory judgment against Baggetta that Editions Limited sale of derivative works in the form of poster editions based on original works of art created by Baggetta for use as set decorations on television programs neither infringes any rights of Baggetta created by the Copyright Act nor constitutes any form of unfair competition with Baggetta.

1   **WHEREFORE**, Editions Limited prays for judgment against Baggetta as

2   follows:

3   (a)   The Court enter a declaratory judgment holding that Editions

4   Limited's authorization of the use of derivative works in the form of poster

5   editions based on original works of art created by Baggetta as set decorations on

6   broadcast television programs does not infringe any rights of Baggetta under the

7   Copyright Act or constitute any act of unfair competition with Baggetta;

8   (b)   For Editions Limited's costs of suit herein, including such attorneys'

9   fees as are deemed to be reasonable by the Court;

10   (c)   For such other and further relief as the Court may deem just and

11   proper.

12   **PLAINTIFF DEMANDS A JURY TRIAL OF THIS MATTER.**

13   Respectfully submitted,

14   ISAACMAN, KAUFMAN & PAINTER

15

16   By: _____

17   Michael A. Painter
     Attorneys for Plaintiff,
18   EDITIONS LIMITED WEST, INC.

19   Dated:  December 17, 2009

20

21

22

23

24

25

26

27

28

MAP-ELW-2666                                   -4-

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
EDITIONS LIMITED WEST, INC., a California corporation

**DEFENDANTS**
MARLA BAGGETTA, an individual

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Michael A. Painter, Bar #43600, Isaacman, Kaufman & Painter
10250 Constellation Boulevard, Suite 2900
Los Angeles, CA 90067 (310) 881-6800

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No     ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. 2201, 2202; 17 U.S.C. 101; 28 U.S.C. 1338(a); 28 U.S.C. 1332(a)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV09-9277

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Alameda County, CA | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Oregon | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date  12/17/09

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Name & Address:
MICHAEL A. PAINTER, #43600
ISAACMAN, KAUFMAN & PAINTER
10250 Constellation Boulevard, Suite 2900
Los Angeles, California 90067
(310) 881-6800; painter@ikplaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EDITIONS LIMITED WEST, INC., a California corporation

PLAINTIFF(S)

v.

MARLA BAGGETTA, an individual

DEFENDANT(S).

CASE NUMBER

CV09-9277 RSWL (CTx)

**SUMMONS**

TO:   DEFENDANT(S): MARLA BAGGETTA, an individual

A lawsuit has been filed against you.

Within   21   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney,   Michael A. Painter, Esq.  , whose address is   10250 Constellation Blvd., Suite 2900, Los Angeles, CA 90067  . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   17 DEC 2009

By:   SHEA BOURGEOIS

Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*