UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 09-9277-RSWL(CT x) |
| Title | Editions Limited West, Inc. v. Marla Baggetta |
| Date | January 14, 2010 |

Present: The Honorable   RONALD S.W. LEW, Senior, U.S. District Court Judge

| Kelly Davis | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE RE: SUBMISSION OF FORMS AO 120 (PATENT OR TRADEMARK) AND/OR AO 121 (COPYRIGHT)

    **IT IS HEREBY ORDERED** that **defendant and counterclaimant, Marla Baggetta**, show cause in writing not later than **February 8, 2010** why she has failed to submit the Report on the Filing or Determination of an Action Regarding a Patent or Trademark and/or Report on the Filing or Determination of an Action or Appeal Regarding a Copyright in this action and why this action should not be dismissed for lack of prosecution.

    In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be held on this Order to Show Cause.  The parties are advised that sanctions may be imposed, unless prior to **February 8, 2010**, defendant and counterclaimant, Marla Baggetta, file the Report on the Filing or Determination of an Action Regarding a Patent or Trademark (Form AO 120) and/or Report on the Filing or Determination of an Action or Appeal Regarding a Copyright (Form AO 121), or show cause in writing as to why they should be excused from filing said report(s).

The previous Order to Show Cause dated Janaury 12, 2010, against plaintiff, is hereby vacated by the Court.

|  | : | 00 |
|---|---|---|
|  | Initials of Preparer | KD |